TWINE v. FARMERS BANK

No. 396P87.

Case below: 86 N.C. App. 233.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

WELSH v. NORTHERN TELECOM, INC.

No. 271P87.

Case below: 85 N.C. App. 281; 320 N.C. 638.

Motion by defendant to reconsider petition for review of decision of the Court of Appeals dismissed 7 October 1987.

WILSON BUILDING CO. v. THORNEBURG HOSIERY CO.

No. 379P87.

Case below: 85 N.C. App. 684.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

WRIGHT v. COUNTY OF MACON

No. 360P87.

Case below: 86 N.C. App. 113.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.

YANDLE v. MECKLENBURG COUNTY AND MECKLENBURG COUNTY v. TOWN OF MATTHEWS

No. 301P87.

Case below: 85 N.C. App. 382.

Petition by defendant (Town of Matthews) for discretionary review pursuant to G.S. 7A-31 denied 7 October 1987.